IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRITZ MAJOR,

        Petitioner,

v.                                         3:10cv130-WS

WILLIAM A. SCISM,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed May 18, 2010. See Doc. 7. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED.

    3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___21st___ day of ____June____, 2010.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE